In the Matter of the Estate of HENRY ESTRICHER, Deceased. MANUFAC-TURERS TRUST COMPANY, as Trustee under the Will of HENRY ESTRICHER, Deceased, Appellant; MARTHA V. EPSTEIN et al., Respondents.— Decree unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Breitel and Bergan, JJ. [202 Misc. 431.]

In the Matter of the Estate of ALBERT PEPPER, Deceased. ARNOLD M. GRANT, as Executor of ALBERT PEPPER, Deceased, Respondent; SYLVIA GLANTZ et al., Appellants.— Decree, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Breitel and Bergan, JJ. [See post, p. 961.]

ARON PERLMAN et al., Respondents, v. M. ISRAEL & SONS Co., INC., Appellant. —Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Breitel and Bergan, JJ. [See post, p. 881.]

GEORGE W. GRICE-HUTCHINSON, Appellant, v. CHARLES S. McVEIGH, Individually and as Successor and Sole Trustee under the Will of LOUIS ZBOROWSKI, Deceased, et al., Respondents.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Dore, Cohn, Breitel and Bergan, JJ.

OSCAR FUCHS, Appellant, v. INTERPORT ASSOCIATES, INC., et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Breitel and Bergan, JJ. [See post, p. 961.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN HARVEY, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Cohn, Breitel and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL HIGGINS, Appellant.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Cohn, Breitel and Bergan, JJ.